1
2
3
4
5
6     **IN THE UNITED STATES DISTRICT COURT FOR THE**
7     **EASTERN DISTRICT OF CALIFORNIA**

8   | UNITED STATES OF AMERICA, | ) | CV F 07-0442 AWI DLB |
9   |                            | ) | NEW CASE NUMBER |
    |        Plaintiff,          | ) |                  |
    |                            | ) | CV F 07-0442 OWW DLB |
10  |                            | ) | PRIOR CASE NUMBER |
    |        v.                  | ) |                  |
11  |                            | ) | ORDER RELATING CASES |
    | GLORIA L. McAFEE, Personal )   | AND REASSIGNING |
12  | Representative representing Estate of ) | DISTRICT JUDGE |
    | Roger McAfee; and BETH MAXWELL )      |
13  | STRATTON, Chapter 7 Trustee for the ) |
    | Bankruptcy Estate of Roger McAfee, )  |
14  |                            | ) |
    |        Defendants.         | ) |
15  |_____)    |

16

17       The court finds that the above-captioned action is related to <u>United States v. Rodger L.</u>
18  <u>McAfee, et al.</u>, CV F 96-5720 AWI SMS (1996); and <u>Roger L. McAfee v. United States</u>, CV F
19  05-0438 AWI DLB (2005) within the meaning of Local Rule 83-123(a)(3), in that the three cases
20  involve the same subject property and similar questions of fact and law and assignment to the
21  same judge is likely to effect a substantial savings of judicial effort.
22       Therefore, IT IS HEREBY ORDERED THAT the above-captioned action, being the
23  higher numbered case, is reassigned to the same judge as the lower numbered cases. <u>See</u> Local
24  Rule 83-123(c). IT IS FURTHER ORDERED THAT all future pleadings filed in the above-
25  captioned action shall include the new case number, CV F 07-0442 AWI DLB.

26  IT IS SO ORDERED.
27
    **Dated:    March 23, 2007**              /s/ Anthony W. Ishii
28   0m8i78                              UNITED STATES DISTRICT JUDGE

Dockets.Justia.com