IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>GLORIA L. McAFEE, Personal )<br>Representative representing Estate of )<br>Roger McAfee; and BETH MAXWELL )<br>STRATTON, Chapter 7 Trustee for the )<br>Bankruptcy Estate of Roger McAfee, )<br>)<br>Defendants. )<br>_____ ) | CV F 07-0442 AWI DLB<br>     NEW CASE NUMBER<br><br>CV F 07-0442 OWW DLB<br>     PRIOR CASE NUMBER<br><br>ORDER RELATING CASES<br>AND REASSIGNING<br>DISTRICT JUDGE |

The court finds that the above-captioned action is related to <u>United States v. Rodger L. McAfee, et al.</u>, CV F 96-5720 AWI SMS (1996); and <u>Roger L. McAfee v. United States</u>, CV F 05-0438 AWI DLB (2005) within the meaning of Local Rule 83-123(a)(3), in that the three cases involve the same subject property and similar questions of fact and law and assignment to the same judge is likely to effect a substantial savings of judicial effort.

Therefore, IT IS HEREBY ORDERED THAT the above-captioned action, being the higher numbered case, is reassigned to the same judge as the lower numbered cases.  <u>See</u> Local Rule 83-123(c).  IT IS FURTHER ORDERED THAT all future pleadings filed in the above-captioned action shall include the new case number, CV F 07-0442 AWI DLB.

IT IS SO ORDERED.

Dated:     March 23, 2007                                /s/ Anthony W. Ishii
0m8i78                                                 UNITED STATES DISTRICT JUDGE