McGREGOR W. SCOTT
United States Attorney
ANA MARIA MARTEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GLORIA L. MCAFEE, Personal Representative representing Estate of Rodger McAfee; and BETH MAXWELL STRATTON, the Chapter 7 Trustee for the Bankruptcy Estate of Rodger McAfee,<br><br>　　　　　　　　　Defendants. | Case No. 1:07-cv-00442-AWI-DLB |

ORDER TO STAY PROCEEDINGS
UNTIL CONCLUSION OF BANKRUPTCY CASE

　　　Pursuant to the Stipulation between the parties to stay the proceedings in this case until the conclusion of the bankruptcy case of Rodger McAfee, this case is hereby stayed pending conclusion of the bankruptcy case.

　　　Plaintiff is ORDERED to file a motion to end the stay within twenty days of the conclusion of the bankruptcy case.

　IT IS SO ORDERED.

**Dated:　　July 20, 2007**　　　　　　　　　　　／s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE