LAWRENCE G. BROWN
Acting United States Attorney
ANA MARIA MARTEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2826
Facsimile: (916) 554-2900

Attorneys for the United States



FILED
JUL 16 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# (FRESNO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLORIA L. McAFEE, Personal Representative representing Estate of Rodger McAfee; and BETH MAXWELL STRATTON, the Chapter 7 Trustee for the Bankruptcy Estate of Rodger McAfee,<br><br>Defendants. | Case No. 1:07-cv-00442-AWI-DLB<br><br>STIPULATION FOR DISMISSAL |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Marcus Magness, attorney for Gloria L. McAfee, personal representative of the Estate of Rodger McAfee; Thomas Armstrong, attorney for Beth Maxwell Stratton, Chapter 7 Trustee for the Bankruptcy Estate of Rodger McAfee; and Ana Maria Martel, attorney for the United States of America on behalf of its Department of Agriculture, Farm Service Agency (FSA), hereby stipulate that the above-captioned matter be dismissed.

////

////

Stipulation for Dismissal                                1

Each party to bear its or her attorney's fees and costs.

Dated: 7/6/09

Gilmore Wood Vinnard & Magness
7108 N. Fresno Street,
Suite 410
Fresno, CA 93720

By: MARCUS DON MAGNESS
Attorneys for defendant Gloria L. McAfee

Dated: _____

Law Office of Thomas H. Armstrong
5250 North Palm Avenue
Suite 224
Fresno, CA 93074

By: THOMAS H. ARMSTRONG
Attorney for defendant Beth Maxwell Stratton

Dated: 7/9/09

LAWRENCE G. BROWN
Acting United States Attorney

By: ANA MARIA MARTEL
Assistant U.S. Attorney
Attorneys for Plaintiff, United States

Stipulation for Dismissal                                    2

Each party to bear its or her attorney's fees and costs.

Dated: _____

Gilmore Wood Vinnard & Magness
7108 N. Fresno Street,
Suite 410
Fresno, CA 93720

By: _____
MARCUS DON MAGNESS
Attorneys for defendant Gloria L. McAfee

Dated: 5-19-09

Law Office of Thomas H. Armstrong
5250 North Palm Avenue
Suite 224
Fresno, CA 93074

By: _____
THOMAS H. ARMSTRONG
Attorney for defendant Beth Maxwell Stratton

Dated: _____

LAWRENCE G. BROWN
Acting United States Attorney

By: _____
ANA MARIA MARTEL
Assistant U.S. Attorney
Attorneys for Plaintiff, United States

It is so Ordered.  Dated: 7-16-09

_____
United States District Judge

Stipulation for Dismissal                                         2